UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCHOOL BOARD OF MANATEE
COUNTY, FLORIDA,

    Plaintiff,

v.                     CASE NO: 8:08-cv-1435-T-33MAP

L.H., a Minor by and through
her parents, D.H. and B.H.,
individually, and as parents
and next friends of L.H.,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court pursuant to Plaintiff's Motion to Dismiss Counterclaim (Doc. # 17), which was filed on October 22, 2008. On August 24, 2009, the Honorable Mark A. Pizzo, United States Magistrate Judge, issued a Report and Recommendation (Doc. # 44), recommending that the motion be granted as to Counts I and IV (the attorneys' fee claim and the § 1983 claim) and denied in all other respects. On September 8, 2009, Plaintiff filed Objections to Report and Recommendations (Doc. # 45). Thereafter, on September 23, 2009, Defendants filed their Response to Plaintiff's Objection to Report and Recommendation (Doc. # 51).

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. <u>See Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

Upon consideration of the Report and Recommendation of the Magistrate Judge, all objections and responses to objections thereto timely filed by the parties, and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Pizzo's Report and Recommendation (Doc. # 44) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is

made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion to Dismiss Counterclaim (Doc. # 17) is **GRANTED as to Counts I and IV** and **DENIED in all other respects**. Plaintiff shall file its answer to Defendants' counterclaim by October 20, 2009.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 30th day of September, 2009.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record